# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WASHINGTON COUNTY FAMILY ENTERTAINMENT, LLC, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 17-892 <br> District Judge Nora Barry Fischer <br> Magistrate Judge Lisa Lenihan |
| vs. ) ) | |
| WILLIAM LEONARD ROBERTS II p/k/a ) <br> RICK ROSS; RICK ROSS TOURING, ) <br> LLC, *et al.*, ) ) | ECF Nos. 70, 72, & 94 |
| Defendants. ) | |

## MEMORANDUM ORDER

This civil action was commenced on July 5, 2017 with the filing of the Complaint and referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D. Pursuant to the Magistrate Judge's Order of July 7, 2017 (ECF No. 2), Plaintiff filed an Amended Complaint on July 19, 2017(ECF No. 5).

The Magistrate Judge's Report and Recommendation (ECF No. 94), filed on July 9, 2018, recommended that the Motions to Dismiss the Amended Complaint (ECF Nos. 70 & 72) filed by Defendants Rick Ross Touring, LLC (ECF No. 70) and William Leonard Roberts II p/k/a/ Rick Ross (ECF No.72) be denied. Service was made on all counsel of record via CM/ECF electronic mail. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. On July 23, 2018, Defendants Rick Ross Touring, LLC and William Leonard Roberts II p/k/a/ Rick Ross filed Objections. (ECF No. 95.) On August 6, 2018, Plaintiff filed its Response to the Objections. (ECF No. 96.)

After review of the pleadings, documents in the case and the Objections, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 8th day of August, 2018,

**IT IS HEREBY ORDERED** that the Motions to Dismiss filed by Defendants Rick Ross Touring, LLC (ECF No. 70) and William Leonard Roberts II p/k/a/ Rick Ross (ECF No.72) are **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 94) of Magistrate Judge Lenihan, dated July 9, 2018, is adopted as the opinion of the Court.

BY THE COURT:

s/Nora Barry Fischer
NORA BARRY FISCHER
United States District Judge

cc: All counsel of record
Via electronic filing