IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WASHINGTON COUNTY FAMILY ENTERTAINMENT, LLC, | Civil Action No. 17-892 |
| Plaintiff, | District Judge Marilyn J. Horan |
| vs. | Magistrate Judge Lisa Pupo Lenihan |
| WILLIAM LEONARD ROBERTS II p/k/a RICK ROSS; RICK ROSS TOURING, LLC, *et al.*, | ECF No. 137 |
| Defendants, | |

## **MEMORANDUM ORDER**

Plaintiff initiated this action on July 5, 2017, and the Complaint was docketed on July 6, 2017. (ECF No. 1.) The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 155), filed on September 24, 2019, recommended that the Motion for Partial Summary Judgment (ECF No. 137) filed by Plaintiff Washington County Family Entertainment, LLC, be denied. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections, and that unregistered ECF users were given an additional three (3) days pursuant to Federal Rule of Civil Procedure 6(d). Objections were filed on October 8, 2019, and a response thereto was filed on October 22, 2019.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 23rd day of October, 2019,

**IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment (ECF No. 137) filed by Plaintiff Washington County Family Entertainment, LLC is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 155) of Magistrate Judge Lenihan, dated September 24, 2019, is adopted as the opinion of the Court.

BY THE COURT:

Marilyn J. Horan
United States District Judge

cc: All counsel of record
Via electronic filing